### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Christy Samsel                                    CHAPTER 13

                Debtor(s)                           BKY. NO. 20-11465 JKF

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of LAKEVIEW LOAN SERVICING LLC and index same on the master mailing list.

                              Respectfully submitted,
                              **/s/ Rebecca A. Solarz Esquire**
                              Rebecca A Solarz, Esquire
                              Kevin G. McDonald, Esquire
                              KML Law Group, P.C.
                              701 Market Street, Suite 5000
                              Philadelphia, PA 19106-1532
                              (215) 627-1322