**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: CHRISTY SAMSEL  :  BKY. NO. 20-11465jkf
  :  CHAPTER 13

**CERTIFICATE OF SERVICE**

I, Donald Williford, Esquire, hereby certify that a copy of the foregoing Plan was mailed by first class mail to creditors on the matrix was sent via email to the following:

Office of the U.S. Trustee
Custom House
200 Chestnut Street, Suite 502
Philadelphia, PA 19106

Chapter 13 Trustee
Scott F. Waterman, Esquire
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606
(610) 779-1313
ECFMail@ReadingCh13.com

Respectfully submitted,

Date: 04/06/2020

/s/ *Donald Williford*
Donald Williford, Esquire
Attorney I.D.  #50130
114 Radcliffe Street
Bristol, PA 19007
(215) 785-3241
don.williford@comcast.net