**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: CHRISTY SAMSEL  : BKY. NO. 20-11465jkf
: CHAPTER 13

**PRAECIPE TO CHANGE DEBTOR'S ADDRESS OF RECORD**

TO THE CLERK:

Kindly change the address of record of Debtor Christy Samsel to the following:

Christy Samsel
2515 Laurel Drive
Bristol, PA 19007

Respectfully submitted,

Date: 04/06/2020

/s/ Donald Williford
DONALD WILLIFORD, ESQUIRE
Attorney I.D. #50130
114 Radcliffe Street
Bristol, PA 19007
(215) 785-3241
don.williford@comcast.net