**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: CHRISTY SAMSEL              : BKY. NO. 20-11465jkf
                                   : CHAPTER 13

**CERTIFICATE OF SERVICE**

I, Donald Williford, Esquire, hereby certify that a copy of the foregoing Praecipe was

sent via email to the following:

Office of the U.S. Trustee
Office of the U.S. Trustee
Custom House
200 Chestnut Street, Suite 502
Philadelphia, PA 19106

Chapter 13 Trustee
Scott F. Waterman, Esquire
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606
(610) 779-1313
ECFMail@ReadingCh13.com

                              Respectfully submitted,

Date: 04/06/2020              /s/Donald Williford
                              Donald Williford, Esquire
                              Attorney I.D.  #50130
                              114 Radcliffe Street
                              Bristol, PA 19007
                              (215) 785-3241
                              don.williford@comcast.net