```
                              United States Bankruptcy Court
                              Eastern District of Pennsylvania
In re:                                                                  Case No. 20-11465-jkf
Christy Samsel                                                          Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Keith                 Page 1 of 2                  Date Rcvd: Apr 10, 2020
                              Form ID: 309I               Total Noticed: 33
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 12, 2020.
```
db             Christy Samsel,    2515 Laurel Drive,    Bristol, PA 19007-2026
tr            +SCOTT F. WATERMAN (Chapter 13),    Chapter 13 Trustee,    2901 St. Lawrence Ave.,    Suite 100,
               Reading, PA 19606-2265
14480226       Commercial Acceptance,    2300 Gettysburg Rd Ste 1,    Camp Hill, PA 17011-7303
14480227       Commercial Acceptance Company,    2300 Gettysburg Rd Ste 102,    Camp Hill, PA 17011-7303
14480228      #+First Atlantic Auto,    14 Breakneck Hill Rd,    Lincoln, RI 02865-3901
14480230      +M & T Bank Mortgage,    1 Fountain Plz,    Buffalo, NY 14203-1495
14480231       Midwest Recovery Systems,    Attn: Bankruptcy,    PO Box 899,    Florissant, MO 63032-0899
14480232       Midwst Rcvry,    514 Earth City Plz,    Earth City, MO 63045-1312
14480240       Wakefield & Associates,    7005 Middlebrook Pike,    Knoxville, TN 37909-1156
14480239       Wakefield & Associates,    Attn: bankruptcy,    7005 Middlebrook Pike,
               Knoxville, TN 37909-1156
14480241       Waypoint Resource Grou,    301 Sundance Pkwy,    Round Rock, TX 78681-8004
14480242       Waypoint Resource Group,    Attn: Bankruptcy,    301 Sundance Pkwy,    Round Rock, TX 78681-8004
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty            E-mail/Text: don.williford@comcast.net Apr 11 2020 03:53:03      DONALD WILLIFORD,
               114 Radcliffe Street,    Bristol, PA 19007
smg            E-mail/Text: megan.harper@phila.gov Apr 11 2020 03:54:21      City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA 19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 11 2020 03:53:44
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA 17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 11 2020 03:54:00      U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
ust           +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Apr 11 2020 03:53:47      United States Trustee,
               Office of the U.S. Trustee,    200 Chestnut Street,    Suite 502,    Philadelphia, PA 19106-2908
14480223       EDI: BANKAMER.COM Apr 11 2020 07:38:00      Bank of America,    PO Box 982238,
               El Paso, TX 79998-2238
14480222       EDI: BANKAMER.COM Apr 11 2020 07:38:00      Bank of America,    4909 Savarese Cir,
               Tampa, FL 33634-2413
14480225       EDI: CAPITALONE.COM Apr 11 2020 07:38:00      Capital One Bank USA N,    15000 Capital One Dr,
               Richmond, VA 23238-1119
14480224       EDI: CAPITALONE.COM Apr 11 2020 07:38:00      Capital One,    Attn: Bankruptcy,    PO Box 30285,
               Salt Lake City, UT 84130-0285
14481840       E-mail/PDF: resurgentbknotifications@resurgent.com Apr 11 2020 04:02:28      LVNV Funding, LLC,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14480229       E-mail/Text: camanagement@mtb.com Apr 11 2020 03:53:17      M & T Bank,    Attn: Bankruptcy,
               PO Box 844,    Buffalo, NY 14240-0844
14480233       E-mail/Text: Bankruptcies@nragroup.com Apr 11 2020 03:54:37      National Recovery Agen,
               2491 Paxton St,    Harrisburg, PA 17111-1036
14480234       E-mail/Text: Bankruptcies@nragroup.com Apr 11 2020 03:54:37      National Recovery Agency,
               Attn: Bankruptcy,    PO Box 67015,    Harrisburg, PA 17106-7015
14480235       EDI: AGFINANCE.COM Apr 11 2020 07:38:00      Onemain,    PO Box 1010,
               Evansville, IN 47706-1010
14480236       EDI: AGFINANCE.COM Apr 11 2020 07:38:00      Onemain Financial,    Attn: Bankruptcy,
               601 NW 2nd St # 300,    Evansville, IN 47708-1013
14480238       EDI: PRA.COM Apr 11 2020 07:38:00      Portfolio Recovery,    Attn: Bankruptcy,
               120 Corporate Blvd,    Norfolk, VA 23502-4952
14492785       EDI: PRA.COM Apr 11 2020 07:38:00      Portfolio Recovery Associates, LLC,    POB 41067,
               Norfolk VA 23541
14480237       EDI: PRA.COM Apr 11 2020 07:38:00      Portfolio Recov Assoc,    150 Corporate Blvd,
               Norfolk, VA 23502-4952
14485119       EDI: Q3G.COM Apr 11 2020 07:38:00      Quantum3 Group LLC as agent for,
               Credit Corp Solutions Inc,    PO Box 788,    Kirkland, WA 98083-0788
14480243       EDI: WFFC.COM Apr 11 2020 07:38:00      Wells Fargo Bank Car,    PO Box 14517,
               Des Moines, IA 50306-3517
14480244       EDI: WFFC.COM Apr 11 2020 07:38:00      Wells Fargo Bank NA,    Attn: Bankruptcy,
               1 Home Campus # MAC X2303-01A,    Des Moines, IA 50328-0001
                                                                                               TOTAL: 21
```

```
               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0313-2           User: Keith                Page 2 of 2                   Date Rcvd: Apr 10, 2020
                               Form ID: 309I              Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 9, 2020 at the address(es) listed below:
          DONALD   WILLIFORD    on behalf of Debtor Christy  Samsel don.williford@comcast.net,
           donwilliford@comcast.net;G4082@notify.cincompass.com
          REBECCA ANN SOLARZ    on behalf of Creditor   Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com
          SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                            TOTAL: 4
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Christy Samsel** | Social Security number or ITIN **xxx–xx–5427** |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN _ _ _ _ |
| | | EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | Date case filed for chapter **13**   **3/8/20** |
| Case number:   **20–11465–jkf** | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case                                     12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Christy Samsel | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 2515 Laurel Drive<br>Bristol, PA 19007–2026 | |
| 4. | **Debtor's attorney**<br>Name and address | DONALD WILLIFORD<br>114 Radcliffe Street<br>Bristol, PA 19007 | Contact phone (215) 785–3241<br>Email: don.williford@comcast.net |
| 5. | **Bankruptcy trustee**<br>Name and address | SCOTT F. WATERMAN (Chapter 13)<br>Chapter 13 Trustee<br>2901 St. Lawrence Ave.<br>Suite 100<br>Reading, PA 19606 | Contact phone (610) 779–1313<br>Email: ECFMail@ReadingCh13.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | 900 Market Street<br>Suite 400<br>Philadelphia, PA 19107 | Hours open:<br>Philadelphia Office –– 8:30 A.M. to 5:00 P.M;<br>Reading Office –– 8:00 A.M. to 4:30 P.M.<br><br>Contact phone (215)408–2800<br><br>Date: 4/10/20 |

**For more information, see page 2**

Debtor **Christy Samsel**   Case number **20–11465–jkf**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **May 8, 2020 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**The Mtg of Creditors will be conducted, via video conference. All interested, parties shall contact the Trustee, for connection details.** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 7/7/20** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 5/17/20** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 9/4/20** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:**   30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. This plan proposes payment to the trustee of $500.00 per month for 60 months. The plan is enclosed. The hearing on confirmation will be held on:<br>**6/17/20** at **9:30 AM**, Location: **Courtroom #3, 900 Market Street, Philadelphia, PA 19107** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |