**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: CHRISTY SAMSEL             : BKY. NO. 20-11465jkf
                                  : CHAPTER 13

**CERTIFICATE OF SERVICE**

    I, Donald Williford, Esquire, hereby certify that a copy of the foregoing Answer was sent via email to the following:

Office of the U.S. Trustee
Office of the U.S. Trustee
Custom House
200 Chestnut Street, Suite 502
Philadelphia, PA 19106

Chapter 13 Trustee
Scott F. Waterman, Esquire
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606
(610) 779-1313
ECFMail@ReadingCh13.com

Rebecca A. Solarz, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106

                                                  Respectfully submitted,

Date: 06/29/2020                   */s/Donald Williford*
                                                  Donald Williford, Esquire
                                                  Attorney I.D.  #50130
                                                  114 Radcliffe Street
                                                  Bristol, PA 19007
                                                  (215) 785-3241
                                                  don.williford@comcast.net