UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                  :
                                        :
    CHRISTY SAMSEL         : Chapter 13
                                        :
        Debtor(s)   : Bankruptcy No.  20-11465AMC

\* \* \* \* \* \* \*

### NOTICE OF TRUSTEE'S OBJECTION TO AMENDED CLAIM OF EXEMPTIONS AND HEARING DATE

    **Scott F. Waterman, Esq., Standing Chapter 13 Trustee, has filed an objection to your amended claim of exemptions in this bankruptcy case.**

    **Your amended claim of exemptions may be eliminated or changed by the Court because an objection has been filed.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

    If you do not want the Court to eliminate or change your claim of exemptions, or if you want the Court to consider your views, you or your lawyer must attend the hearing on the objection, scheduled to be held before The Honorable Ashely M. Chan on August 12, 2020 at 10:00 a.m. in Courtroom #3, United States Bankruptcy Court, 900 Market Street, Philadelphia, Pennsylvania 19107-4295.

Date:  July 10, 2020                                  Attorney for Objector

                                                            */s/Polly A. Langdon*
                                                            Polly A. Langdon, Esq.
                                                            for
                                                           Scott F. Waterman, Esq.
                                                           Standing Chapter 13 Trustee
                                                           2901 St. Lawrence Avenue
                                                           Reading, Pennsylvania  19606-0410
                                                           Telephone:  (610) 779-1313
                                                           Fax:  (610) 779-3637