UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Christy Samsel | Chapter 13<br>Bankruptcy No.20-11465-AMC |
| Debtor | |

## CERTIFICATE OF SERVICE

I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 29th day of July, 2020, by first class mail upon those listed below:

Christy Samsel
2515 Laurel Drive
Bristol, PA  19007-2026

**Electronically via CM/ECF System Only:**

DONALD WILLIFORD ESQ
114 RADCLIFFE ST
BRISTOL, PA  19007

*/s/ Deborah A. Earnshaw*
Deborah A. Earnshaw
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee