UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                        :
                                              :
                CHRISTY SAMSEL      :  Chapter 13
                                              :
                Debtor(s)           :  Bankruptcy No.  20-11465AMC

ORDER

AND NOW, it is hereby ORDERED that the exemption claimed pursuant to 11 U.S.C.

Section 522(d)(11)(D) with respect to a personal injury lawsuit is hereby disallowed.

BY THE COURT

**Date: August 13, 2020**

_____
Ashely M. Chan, B. J.