United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 20-11465-amc

Christy Samsel     Chapter 13

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Adminstra     Page 1 of 3

Date Rcvd: Nov 18, 2020     Form ID: pdf900     Total Noticed: 35

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Christy Samsel, 2515 Laurel Drive, Bristol, PA 19007-2026 |
| 14480223 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 14480222 | | Bank of America, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 14493109 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14480226 | | Commercial Acceptance, 2300 Gettysburg Rd Ste 1, Camp Hill, PA 17011-7303 |
| 14480227 | | Commercial Acceptance Company, 2300 Gettysburg Rd Ste 102, Camp Hill, PA 17011-7303 |
| 14502716 | + | LAKEVIEW LOAN SERVICING LLC, PO Box 840, Buffalo, NY 14240-0840 |
| 14485994 | + | LAKEVIEW LOAN SERVICING LLC, C/O Rebecca A. Solarz, Esq., KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14480230 | + | M & T Bank Mortgage, 1 Fountain Plz, Buffalo, NY 14203-1495 |
| 14480231 | | Midwest Recovery Systems, Attn: Bankruptcy, PO Box 899, Florissant, MO 63032-0899 |
| 14480232 | | Midwst Rcvry, 514 Earth City Plz, Earth City, MO 63045-1312 |
| 14480240 | ++ | WAKFIELD & ASSOCIATES, PO BOX 50250, KNOXVILLE TN 37950-0250 address filed with court:, Wakefield & Associates, 7005 Middlebrook Pike, Knoxville, TN 37909-1156 |
| 14480239 | ++ | WAKFIELD & ASSOCIATES, PO BOX 50250, KNOXVILLE TN 37950-0250 address filed with court:, Wakefield & Associates, Attn: bankruptcy, 7005 Middlebrook Pike, Knoxville, TN 37909-1156 |
| 14480241 | | Waypoint Resource Grou, 301 Sundance Pkwy, Round Rock, TX 78681-8004 |
| 14480242 | | Waypoint Resource Group, Attn: Bankruptcy, 301 Sundance Pkwy, Round Rock, TX 78681-8004 |
| 14480243 | | Wells Fargo Bank Car, PO Box 14517, Des Moines, IA 50306-3517 |
| 14480244 | | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus # MAC X2303-01A, Des Moines, IA 50328-0001 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 19 2020 02:50:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 19 2020 02:50:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Nov 19 2020 02:50:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14496570 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 19 2020 02:59:08 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14480225 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Nov 19 2020 02:57:43 | Capital One Bank USA N, 15000 Capital One Dr, Richmond, VA 23238-1119 |
| 14496427 | + | Email/Text: documentfiling@lciinc.com | Nov 19 2020 02:49:00 | COMCAST, PO BOX 1931, Burlingame, CA |

Case 20-11465-amc   Doc 63   Filed 11/20/20   Entered 11/21/20 00:45:58   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: Adminstra | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 18, 2020 | Form ID: pdf900 | Total Noticed: 35 |

| Recip ID | Notice Method | Date/Time | Recipient |
|---|---|---|---|
| 14480224 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Nov 19 2020 03:00:31 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 94011-1931 |
| 14481840 | Email/PDF: resurgentbknotifications@resurgent.com | Nov 19 2020 02:57:44 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14480229 | Email/Text: camanagement@mtb.com | Nov 19 2020 02:49:00 | M & T Bank, Attn: Bankruptcy, PO Box 844, Buffalo, NY 14240-0844 |
| 14480233 | Email/Text: Bankruptcies@nragroup.com | Nov 19 2020 02:50:00 | National Recovery Agen, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 14480234 | Email/Text: Bankruptcies@nragroup.com | Nov 19 2020 02:50:00 | National Recovery Agency, Attn: Bankruptcy, PO Box 67015, Harrisburg, PA 17106-7015 |
| 14480235 | Email/PDF: cbp@onemainfinancial.com | Nov 19 2020 02:57:42 | Onemain, PO Box 1010, Evansville, IN 47706-1010 |
| 14480236 | Email/PDF: cbp@onemainfinancial.com | Nov 19 2020 02:57:41 | Onemain Financial, Attn: Bankruptcy, 601 NW 2nd St # 300, Evansville, IN 47708-1013 |
| 14480238 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 19 2020 03:00:32 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 14492785 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 19 2020 02:59:06 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14480237 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 19 2020 03:00:32 | Portfolio Recov Assoc, 150 Corporate Blvd, Norfolk, VA 23502-4952 |
| 14485119 | Email/Text: bnc-quantum@quantum3group.com | Nov 19 2020 02:49:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14499115 | + Email/Text: bnc@bass-associates.com | Nov 19 2020 02:49:00 | United Consumer Financial Services, Bass & Associates, P.C., 3936 E. Ft. Lowell Suite 200, Tucson, AZ 85712-1083 |
| 14480240 | Email/Text: bankruptcytn@wakeassoc.com | Nov 19 2020 02:49:00 | Wakefield & Associates, 7005 Middlebrook Pike, Knoxville, TN 37909-1156 |
| 14480239 | Email/Text: bankruptcytn@wakeassoc.com | Nov 19 2020 02:49:00 | Wakefield & Associates, Attn: bankruptcy, 7005 Middlebrook Pike, Knoxville, TN 37909-1156 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14480228 | ##+ | First Atlantic Auto, 14 Breakneck Hill Rd, Lincoln, RI 02865-3901 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 20, 2020       Signature:       /s/Joseph Speetjens

District/off: 0313-2 | User: Adminstra | Page 3 of 3
Date Rcvd: Nov 18, 2020 | Form ID: pdf900 | Total Noticed: 35

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2020 at the address(es) listed below:**

**Name**  **Email Address**

DONALD WILLIFORD
   on behalf of Debtor Christy Samsel don.williford@comcast.net  donwilliford@comcast.net;G4082@notify.cincompass.com

POLLY A. LANGDON
   on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com

REBECCA ANN SOLARZ
   on behalf of Creditor Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
   ECFMail@ReadingCh13.com

United States Trustee
   USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Christy Samsel<br><br>                  Debtor | Chapter 13<br><br>Bankruptcy No. 20-11465-AMC |

ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: November 18, 2020**

ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE