**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: CHRISTY SAMSEL             : BKY. NO. 20-11465
                                  : CHAPTER 13

**CERTIFICATE OF SERVICE**

    I, Donald Williford, Esquire, hereby certify that a copy of my Application for Compensation was mailed on December 21, 2020 by first class mail to Debtor, creditors on the claims register and via email to the following:

Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

Chapter 13 Trustee
Scott Waterman, Esquire
2901 St. Lawrence Ave.
P.O. Box 4010
Reading, PA 19606

                                    Respectfully submitted,

Date: 12/21/2020                        */s/Donald Williford*
                                        Donald Williford, Esquire
                                        Attorney I.D.  #50130
                                        114 Radcliffe Street
                                        Bristol, PA 19007
                                        (215) 785-3241
                                        don.williford@comcast.net