**IN THE UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:   CHRISTY SAMSEL             : BKY. NO. 20-11465
                                    : CHAPTER 13

<u>NOTICE IS HEREBY GIVEN TO THE UNITED STATES TRUSTEE, THE TRUSTEE, DEBTOR, AND ALL CREDITORS AND PARTIES-IN- INTEREST THAT:</u>

     1. The Application for Compensation and Reimbursement of Expenses of Donald Williford, Esquire, Counsel for Debtor (the "Application") has been filed requesting approval of compensation in the amount of $3,000.00.

     2. The Application is available for inspection at the Office of the Clerk, United States Bankruptcy Court, 900 Market Street, Philadelphia, Pennsylvania 19106.

     3. The United States Trustee, the Trustee, any creditor and any party-in-interest may file an answer, objection, other responsive pleading or request for hearing, with the Office of the Clerk, United States Bankruptcy Court, whose address is stated in Paragraph 2 above, AND serve a copy thereof on counsel for Debtor(s), whose name and address is listed below, on or before twenty (20) days from the date of service of this Notice.

     4. In the absence of any answer, objection or other responsive pleading, counsel for Debtor(s) will certify to the Court the lack of such objection, and the Court may allow the Application without benefit of hearing.

Counsel for Debtor
Donald Williford, Esquire
114 Radcliffe Street
Bristol, PA 19007
(215) 785-3241
Fax (877) 817-8991
don.williford@comcast.net
Service Date: 12/21/2020