**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: CHRISTY SAMSEL :  BKY. NO. 20-11465
: CHAPTER 13

**PRAECIPE TO WITHDRAW APPLICATION FOR COMPENSATION**

TO THE CLERK OF COURTS:

Please withdraw Application For Compensation filed for Donald Williford, Esquire in the above-captioned matter.

Respectfully submitted

Date: 12/22/2019

/s/ Donald Williford
Donald Williford, Esquire
Attorney I.D.  #50130
Attorney for Debtor
114 Radcliffe Street
Bristol, PA 19007
(215) 785-3241