**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: CHRISTY SAMSEL  : BKY. NO. 20-11465
 : CHAPTER 13

**CERTIFICATE OF SERVICE**

I, Donald Williford, Esquire, hereby certify that a copy of Praecipe To Withdraw Application for Compensation was mailed on December 22, 2020 by first class mail to Debtor, creditors on the claims register and via email to the following:

Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

Chapter 13 Trustee
Scott Waterman, Esquire
2901 St. Lawrence Ave.
P.O. Box 4010
Reading, PA 19606

Respectfully submitted,

Date: 12/22/2020

/s/Donald Williford
Donald Williford, Esquire
Attorney I.D. #50130
114 Radcliffe Street
Bristol, PA 19007
(215) 785-3241
don.williford@comcast.net